FILED
WILKES-BARRE
2019 NOV -7 PM 12: 38
CLERK U.S. BANKRUPTCY COURT

5-19-04420

MMC

Certificate Number: 15725-PAM-CC-033660334

15725-PAM-CC-033660334

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 6, 2019, at 3:37 o'clock PM EST, Joseph Straub received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: November 6, 2019     By: /s/Jeffrey Figueroa

Name: Jeffrey Figueroa

Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).