# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: MichaelMc | Date Created: 11/27/2019 |
| Case: 5:19–bk–04420–RNO | Form ID: ordsmiss | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
tr      Charles J DeHart, III (Trustee)      dehartstaff@pamd13trustee.com
aty      James Warmbrodt      jwarmbrodt@kmllawgroup.com

                                                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joseph Straub      1971 Becks Crossing Rd      Madison Twp, PA 18444–7529
5257929      Ditech Financial      1100 Virginia Dr 100a      Ft Washington, PA 19034–3276
5267254      JPMorgan Chase Bank, N.A.      s/b/m/t Chase Bank USA, N.A.      c/o Robertson, Anschutz & Schneid, P.L.      6409 Congress Avenue, Suite 100      Boca Raton, FL 33487

                                                                               TOTAL: 3